**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Noble Life Sciences, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-2336482** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1500 Fannie Dorsey Road**<br>**Sykesville, MD 21784**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Carroll**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.noblelifesci.com** |

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor     **Noble Life Sciences, Inc.**                                    Case number (*if known*) _____
           Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor   **Noble Life Sciences, Inc.**                                           Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | | Relationship |
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
          Contact name _____
          Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Noble Life Sciences, Inc.**                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| ▊ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 22, 2025**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD / YYYY

**X** **/s/ Alain Cappeluti**                          **Alain Cappeluti**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of authorized representative of debtor          Printed name

Title   **President**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**18. Signature of attorney**

**X** **/s/ Robert B. Scarlett**                    Date   **June 22, 2025**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of attorney for debtor                         MM / DD / YYYY

**Robert B. Scarlett 01424**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

**Scarlett & Croll, P.A.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

**306 W. Chesapeake Ave.**
**Towson, MD 21204**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone   **410-468-3100**        Email address   **rscarlett@scarlettcroll.com**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**01424 MD**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■ Amended *Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 22, 2025**        X **/s/ Alain Cappeluti**
                                        Signature of individual signing on behalf of debtor

                                        **Alain Cappeluti**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Noble Life Sciences, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alexandra Whitaker 205 Evans Street Rockville, MD 20850** | | **Internet and marketing consulting service** | | | | $168,679.00 |
| **American Express P.O. Box 1270 Newark, NJ 07101** | | **Credit Card** | | | | $135,369.08 |
| **American Express P.O. Box 1270 Newark, NJ 07101** | | **Credit card** | | | | $75,352.93 |
| **Animal Specialties & Provisions 600 Commerce Drive Quakertown, PA 18951** | | | | | | $50,779.83 |
| **APEX Capital 1 Walnut Grove Drive Suite 300 Horsham, PA 19044** | | | | | | $35,629.76 |
| **Charles River Laboratories GPO Box 27812 New York, NY 10087-7812** | | | | | | $69,487.64 |
| **EBF Holdings LLC d/b/a Everest Business Funding 102 W. 38th Street New York, NY 10018** | | **Merchant Cash Loan** | | | | $112,141.50 |
| **Envigo RMS Inotiv Collections P.O. Box 8523 Carol Stream, IL 60197** | | | | | | $42,065.52 |
| **Fulton Bank P.O. Box 4887 Lancaster, PA 17604** | | **Credit Card** | | | | $51,827.26 |

Debtor    **Noble Life Sciences, Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fulton Bank, N.A. One Penn Square Lancaster, PA 17602** | | **11/02/2021 All Accounts, Inventory, Equipment, Instruments, Chattel Paper and General Intangibless** | **Contingent Disputed** | **$3,063,611.34** | **$243,470.03** | **$2,820,141.31** |
| **George Mason University Cashier's Office Mail Stop 2E1 4400 University Drive Fairfax, VA 22030** | | | | | | **$74,685.20** |
| **HSRL Holdings, LLC 5930 Main Street Mount Jackson, VA 22842** | | **Services** | | | | **$65,952.81** |
| **Hunter Caroline Holdings 333 Pearsall Ave. Cedarhurst, NY 11516** | | **Merchant cash loan** | | | | **$180,375.00** |
| **InfoPathways, Inc. 25 Liberty Street Westminster, MD 21157** | | **IT Services** | | | | **$28,032.36** |
| **Instem LSS Limited 161 Washington Street Suite 1550 Conshohocken, PA 19428** | | **Services** | | | | **$52,269.00** |
| **Jaffe Capital 99 Wall Street, No. 1540 Narrowsburg, NY 12764-4000** | | **Merchant Cash Loan** | | | | **$122,538.00** |
| **Revvity Health Sciences, Inc. 13633 Collections Center Drive Chicago, IL 60693-0136** | | | | | | **$22,649.46** |
| **Shaw Property Management 258 Longpoint Road Crownsville, MD 21032** | | **Rent past due** | | | | **$145,223.57** |

Debtor  **Noble Life Sciences, Inc.**
  Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Jackson Laboratory 90260 Collection Center Drive Chicago, IL 60693** | | **Animals** | | | | **$68,768.92** |
| **Wakefield Farm, LLC 159 Ruth Shriver Road Westminster, MD 21158** | | **Critical Vendor** | | | | **$40,804.00** |

**Fill in this information to identify the case:**

Debtor name **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

Part 1:    **Summary of Assets**

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

  1a. **Real property:**
  Copy line 88 from *Schedule A/B*.............................................................................    $        0.00

  1b. **Total personal property:**
  Copy line 91A from *Schedule A/B*.............................................................................    $     488,456.90

  1c. **Total of all property:**
  Copy line 92 from *Schedule A/B*.............................................................................    $     488,456.90

Part 2:    **Summary of Liabilities**

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    3,252,491.76

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

  3a. **Total claim amounts of priority unsecured claims:**
  Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      22,535.43

  3b. **Total amount of claims of nonpriority amount of unsecured claims:**
  Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................    +$    1,885,484.37

4.    **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b    $    5,160,511.56

**Fill in this information to identify the case:**

Debtor name   **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$65.04** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1.  **Checking Account - Fulton Bank** | | | **$5,000.00** |
|---|---|---|---|
| 3.2.  **Fulton Bank, N.A.** | **Checking** | | **$0.00** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                               **$5,065.04**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **Security Deposit - Security Deposit held by Landlord Shaw Property Management** | **$15,165.00** |
|---|---|

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
             Name

| 7.2. | **U.S. Bank** | $3,656.00 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                              | $18,821.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    __511,873.21__  -  __268,403.18__  =....  __$243,470.03__
                          face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                             | $243,470.03 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

| Debtor | **Noble Life Sciences, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| | **Furniture - GPS system clocks - Book value $5380.00** | **$0.00** | **$538.00** |
| | **Furniture - Marketing panels - Book Value $3462.78** | **$0.00** | **$346.27** |
| | **Furniture - Cubes - Book value $12497.00** | **$0.00** | **$1,249.70** |
| 40. | **Office fixtures**<br>**Leasehold Improvements - Well - $4048.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Well - Book value $3770.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Metal Stairs - Book value $3520.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Improvements - Book value $20556.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Termal Corp AC unit - Book value $21577.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Simplex boiler feed - Book value $1321.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Burnham boiler - Book value $7165.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Fulton boiler - Book value $10456.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvement - Generator - Book value $10000.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Thermal controller - Book value $4825.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Boiler - Book value $2814.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Vinyl floor - Book value $6452.00** | **$0.00** | **$0.00** |
| | **Leasehold Improvements - Air compressor - Book value $1136.00** | **$0.00** | **$0.00** |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
            Name

| | | |
|---|---|---|
| **Leasehold Improvements - Septic system - Book value $23775.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Oil tank stem coil boiler - Book value $6029.00** | $0.00 | $0.00 |
| **Leasehold Improvements - 3 80 ton York Cond - Book value $23589.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Controls design - Book value $14407.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Barn flooring - Book value $7125.00** | $0.00 | $0.00 |
| **Leasehold Improvements - HVAC ductwork - Book value $6590.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Barn Flooring - Book value $2100.00** | $0.00 | $0.00 |
| **Leasehold Improvements - HVAC ductwork - Book value $8590.00** | $0.00 | $0.00 |
| **Leasehold Improvements - OR improvements - Book value $18087.00** | $0.00 | $0.00 |
| **Leasehold Improvements - bldg. renovations - Book value $41949.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Roof repair - Book value $3894.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Bldg A duckwork and wiring - Book value $36063.46** | $0.00 | $0.00 |
| **Leasehold Improvements - Walkways and drainage - Book value $3250.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Bldg A heatpump - Book value $7950.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Bldg B HVAC & humidifier - Book value $28586.50** | $0.00 | $0.00 |
| **Leasehold Improvements - HVAC 81 & 82 - Book value $26435.09** | $0.00 | $0.00 |

Debtor   **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
          Name

| Leasehold Improvements - HVAC bldg. 2 - Book value $25106.36 | $0.00 | | $0.00 |
|---|---|---|---|
| Leasehold Improvements - Replace hearing water pump - Book value $3000.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Reclass purchase/installation of HP Evaporator unit - Book value $3990.00 | $0.00 | | $0.00 |
| Leasehold Improvements - 85 gal well tank - Book value $1599.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Build B FX-80 supervisory controller - Book value $5130.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Care soft water softener S/N: 563505 - Book value $4215.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Steam boiler - Burnham PV8H8ST-HBUR Bldg. B - Book value $10970.00 | $0.00 | | $0.00 |
| Leasehold Improvements - HVAC system replaced, heat pump, air handler, Daiki - Book value $9100.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Well pump Goulds 1 hp (5GS05421) - Book value $2095.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Reminburse facility supplies - Aluminum Walk Ramp - Book value $1312.99 | $0.00 | | $0.00 |
| Leasehold Improvements - Cabinents with sink and faucet - Book value $12678.88 | $0.00 | | $0.00 |
| Leasehold Improvements - Concrete slab and 4 stair cases - Book value $10000.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Replace carpets C bldg. - Book value $7420.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Cube porch for C bldg entrance - Book value $37000.00 | $0.00 | | $0.00 |
| Leasehold Improvements - Installation of urethane flooring - Book value $10300.00 | $0.00 | | $0.00 |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
               Name

| | | |
|---|---|---|
| **Leasehold Improvements - Additional fee to pour concrete behind barn - Book value $500.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Replace water lines - Book value $8843.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Bldg C HVAC 4 new compressors - Book value $26100.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Bldg new HVAC systems - Book value $13600.00** | $0.00 | $0.00 |
| **Leasehold Improvements - New lighting - Book value $54521.00** | $0.00 | $0.00 |
| **Leasehold Improvements - New exterior lighting - Book value $2632.87** | $0.00 | $0.00 |
| **Leasehold Improvements - Brothers Paving - extending driveway - Book value $10000.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Home Depot - wood siding - Book value $2015.10** | $0.00 | $0.00 |
| **Leasehold Improvements - Fernando Chavez - siding repair - Book value $5400.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Fernanco Chavez - roofing materials - Book value $9000.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Second half of Bldg B rool - Book value $8500.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Cullop JW, Inc. - Book value $9900.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Painting Contractors of MD - Book value $31124.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Durex Coverings, Inc. - Book value $26800.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Durex Coverings, Inc. - Book value $53800.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Durex Coverings, Inc. - Book value $7851.00** | $0.00 | $0.00 |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
                Name

| | | |
|---|---|---|
| **Leasehold Improvements - Replacement windows - Book value $4800.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Painting - Book value $12520.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Painting - Book value $11030.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Remove repair and install subfloor - Book value $55305.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Durex coverings extras - Book value $3500.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Durex coverings remove and replace subfloor - Book value $67595.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Painting Contractors of MD - Book value $29888.00** | $0.00 | $0.00 |
| **Leasehold Improvements - S&K - Book value $50608.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Cullop - Bldg C Circuit 2 compressor - Book value $24200.00** | $0.00 | $0.00 |
| **Leasehold Improvements - Cullop - Bldg A heat coil relocation - Book value $3811.60** | $0.00 | $0.00 |
| **Leasehold Improvements - J&A Deck - Bldg A Roof - Book value $8844.03** | $0.00 | $0.00 |
| **Leasehold Improvements - O'Connor - Cages Wash Plumbin - Book value $8211.50** | $0.00 | $0.00 |
| **Leasehold Improvements - Chavez Barn Foundation - Book value $3300.00** | $0.00 | $0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Stat Software - Book value $814.00** | $0.00 | $81.40 |
| **Laptop - Book value $1112.99** | $0.00 | $111.30 |
| **Laptop - Book value $1122.22** | $0.00 | $112.22 |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| Computer - TP - Book value $1278.33 | $0.00 | | $127.83 |
| Computer - Book value $1384.43 | $0.00 | | $138.44 |
| Laptop Computer - Book value $1470.37 | $0.00 | | $147.04 |
| Laptop - Book value $692.10 | $0.00 | | $69.21 |
| Laptop - Book value $2701.42 | $0.00 | | $270.14 |
| Computers - Book value $5299.95 | $0.00 | | $530.00 |
| Computers - Book value $1059.99 | $0.00 | | $106.00 |
| Computers - Book value $5299.95 | $0.00 | | $530.00 |
| Computer - Book value $364.98 | $0.00 | | $36.50 |
| Computer - Book value $513.54 | $0.00 | | $51.35 |
| Computer - Book value $1580.84 | $0.00 | | $158.08 |
| Computer - Book value $1941.84 | $0.00 | | $194.18 |
| Hard Drives - Book value $292.53 | $0.00 | | $29.25 |
| Diskless Rackstation - Book value $953.99 | $0.00 | | $95.40 |
| Laptop - Book value $1826.11 | $0.00 | | $182.61 |
| Dell Computer - Book value $4924.77 | $0.00 | | $492.48 |
| Dell Computer - Book value $3880.95 | $0.00 | | $388.10 |
| Dell Computer - Book value $1936.62 | $0.00 | | $193.66 |
| Dell Computer - Book value $7370.40 | $0.00 | | $737.04 |
| Dell Computer - Book value $1663.14 | $0.00 | | $166.31 |
| Dell Computer - Book value $2048.79 | $0.00 | | $204.88 |

Debtor    **Noble Life Sciences, Inc.**                                Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| **Dell Computer - Book value $1100.33** | $0.00 | | $110.03 |
| **Dell Computer - Book value $3582.34** | $0.00 | | $358.23 |
| **Dell Computer - Book value $525.58** | $0.00 | | $52.56 |
| **Dell Computer - Book value $1649.01** | $0.00 | | $164.90 |
| **Dell Computer 2 Laptops - Book value $3495.40** | $0.00 | | $349.54 |
| **Laptops Neximmune 2 used - Book value $1000.00** | $0.00 | | $100.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                 | $8,422.65 |
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Equipment - microscope - Book value $1645.00** | $0.00 | | $164.50 |
| **Equipment - surgical scrub sink - Book value $3000.00** | $0.00 | | $300.00 |

Debtor    **Noble Life Sciences, Inc.**                    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **Equipment - scale - Book value $4339.00** | **$0.00** | | **$433.90** |
| **Equipment -surgery lights - Book value $1843.00** | **$0.00** | | **$184.30** |
| **Equipment - stainless rack - Book value $8571.00** | **$0.00** | | **$857.10** |
| **Equipment - stainless sink - Book value $1179.00** | **$0.00** | | **$117.90** |
| **Equipment - pig cages - Book value $7530.00** | **$0.00** | | **$753.00** |
| **Equipment - pet gurney - Book value $1351.00** | **$0.00** | | **$135.10** |
| **Equipment - anestesia machine - Book value $2396.00** | **$0.00** | | **$239.60** |
| **Equipment - Allegrea 64R Centrifuge - Book value $4000.00** | **$0.00** | | **$400.00** |
| **Equipment - Anesthesia system - Book value $6348.00** | **$0.00** | | **$634.80** |
| **Equipment - BioMedic DataSys lab animal chip sys - Book value $4361.50** | **$0.00** | | **$436.15** |
| **Equipment - Lightools Research - Book value $32020.00** | **$0.00** | | **$3,202.00** |
| **Equipment - Molecular Dev plat reader - Book value $7245.37** | **$0.00** | | **$724.54** |
| **Equipment - VetSpec Temp, pulse, respirator - Book value $2050.00** | **$0.00** | | **$205.00** |
| **Equipment - Portable surgical light - Book value $2720.00** | **$0.00** | | **$272.00** |
| **Equipment - 9600 Carm - Book value $54500.00** | **$0.00** | | **$5,450.00** |
| **Equipment - NuAire BSC - Book value $4213.50** | **$0.00** | | **$421.35** |
| **Equipment - Lab Equip - Book value $2340.00** | **$0.00** | | **$234.00** |

Debtor    **Noble Life Sciences, Inc.**                    Case number *(If known)* _____
            Name

| | | |
|---|---|---|
| **Equipment - 2-ESCO Hoods - Book value $4500.00** | $0.00 | $450.00 |
| **Equipment - VetEquip IMPAC 4 Chamber Anesthesia Unit - Book value $859.53** | $0.00 | $85.95 |
| **Equipment - telephone paging system - Book value $1518.70** | $0.00 | $151.87 |
| **Equipment - Freezer - Book value $3704.70** | $0.00 | $370.47 |
| **Equipment - Purchase IVIS Imaging System - Book value $129555.11** | $0.00 | $12,955.51 |
| **Equipment - Iprecio Drug Infusion Management System - Book value $2819.96** | $0.00 | $282.00 |
| **Equipment - Camera - Book value $5000.00** | $0.00 | $500.00 |
| **Equipment - Camera sales tax - Book value $300.00** | $0.00 | $30.00 |
| **Equipment - MACSQant Analyzer 10 refurbished - Book value $101075.00** | $0.00 | $10,107.50 |
| **Equipment - 40 ft. container grade B sale - Book value $2510.00** | $0.00 | $251.00 |
| **Equipment - Computer - Book value $1489.00** | $0.00 | $148.90 |
| **Equipment - Lab work station  Book value $1647.08** | $0.00 | $164.71 |
| **Equipment - 1 IPTT Portable Readers U02-101 - Book value $5048.45** | $0.00 | $504.85 |
| **Equipment - Wide angle lens attachment - Book value $3417.58** | $0.00 | $341.76 |
| **Equipment - Compaq Refridge - Book value $2750.28** | $0.00 | $275.03 |
| **Equipment - Dicom Box - Book value $3840.00** | $0.00 | $384.00 |
| **Equipment - Rabbit rack divider panel & pans - Book value $34954.62** | $0.00 | $3,495.46 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 11

Debtor    **Noble Life Sciences, Inc.**
Name                                          Case number *(If known)*

| | | |
|---|---|---|
| **Equipment - Rabbit rack engineering and fixture cost - Book value $4968.66** | $0.00 | $496.87 |
| **Equipment - Rabbit Rack SS ls pans - Book value $983.43** | $0.00 | $98.34 |
| **Equipment - Rabbit rack divider panel and pans - Book value $76947.62** | $0.00 | $7,694.76 |
| **Equipment - Sartorius CP225D sn 1952507 & advance phrama corr - Book value $3052.00** | $0.00 | $305.20 |
| **Equipment - agreement calibration lab - Book value $65.00** | $0.00 | $6.50 |
| **Equipment - VWR Water Jacketed C02 Incubator 2325 - Book value $2120.00** | $0.00 | $212.00 |
| **Equipment - Sept 2019 AmEx & credit card expenses - Book value $600.00** | $0.00 | $60.00 |
| **Equipment - Implantable Program Temperature Transponder - Book value $1068.00** | $0.00 | $106.80 |
| **Equipment - SpectraMax M5 Panasonic laptop Toughbook model - Book value $11463.90** | $0.00 | $1,146.39 |
| **Equipment - Programmable Non-Temp Transponder - Book value $963.00** | $0.00 | $96.30 |
| **Equipment - Programmable Temp Transponder - Book value $1068.00** | $0.00 | $106.80 |
| **Equipment - Nuaire NU-677-400 BSC sn #171871122215 - Book value $1000.00** | $0.00 | $100.00 |
| **Equipment - ESCO UA-$A2 BSC sn #2014-87738 - Book value $1500.00** | $0.00 | $150.00 |
| **Equipment - Cage washer cost - Book value $184830.80** | $0.00 | $18,483.08 |
| **Equipment - 2 BSC's (biological hoods) - Book value $600.00** | $0.00 | $60.00 |
| **Equipment - crating, packing and insured shipping - Book value $495.00** | $0.00 | $49.50 |

| Debtor | **Noble Life Sciences, Inc.** | Case number *(If known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| **Equipment - Fisher Scientific Isotemp 210 Digital Water Bath - Book value $670.00** | $0.00 | | $67.00 |
| **Equipment - Eppendorf MTP Microplate Buckets for A-4-62 - Book value $795.00** | $0.00 | | $79.50 |
| **Equipment - 2 Eppendorf 5810R Refirgerated Centrifuge - Book value $15650.00** | $0.00 | | $1,565.00 |
| **Equipment - Invitrogen Countess II Automated Cell Counter - Book value $2880.00** | $0.00 | | $288.00 |
| **Equipment - 4 Gilson P2, P10, P20, P100, P200, P100, P5000 Pipe - Book value $4500.00** | $0.00 | | $450.00 |
| **Equipment - 2 Sanyo MCO-18A1C CO2 Icubator - Book value $5890.00** | $0.00 | | $589.00 |
| **Equipment - 4 Eppendorf 5417R Refrigerator Centrifuge - Book value $14540.00** | $0.00 | | $1,454.00 |
| **Equipment - 2 Fisher Scientific 2328 Dual Digital Water Bath, 230V - Book value $1950.00** | $0.00 | | $195.00 |
| **Equipment - Life Tech PCR - Book value $53118.30** | $0.00 | | $5,311.83 |
| **Equipment - BioMedic Temp Transponder - Book value $1911.00** | $0.00 | | $191.10 |
| **Equipment - BioMedic Portable reader - Book value $3963.00** | $0.00 | | $396.30 |
| **Equipment - 15 Innovive Racks - Book value** | $0.00 | | $42,161.25 |
| **Equipment - Bionet BM5 Vet Pro Anesthesia Monitor - Book value $3766.90** | $0.00 | | $376.69 |
| **Equipment - 96 Well Qstudio - Book value $46278.01** | $0.00 | | $4,627.80 |
| **Equipment - 90 Standard Upright Freezer Racks - Book value $12327.60** | $0.00 | | $1,232.76 |
| **Equipment - Omega Jacobs Twist Drill 4.5mm - Book value $289.92** | $0.00 | | $28.99 |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **Equipment - Series 3 Drill Jacobs Chuck Attachment - Book value $2200.00** | $0.00 | $220.00 |
| **Equipment - ProVis Injector System J03-106 - Book value $1484.00** | $0.00 | $148.40 |
| **Equipment - Ebay - Book value $2013.95** | $0.00 | $201.40 |
| **Equipment - Red Lion Medical Safety, Inc. - Book value $6375.00** | $0.00 | $637.50 |
| **Equipment - Red Lion Medical Safety, Inc. - Book value $5795.00** | $0.00 | $579.50 |
| **Equipment - Nanodrop One Security - Book value $18036.00** | $0.00 | $1,803.60 |
| **Equipment - Custom BioGenic Systems - Book value $17345.51** | $0.00 | $1,734.55 |
| **Equipment - Just Medical, Bionet BM5 - Book value $3899.00** | $0.00 | $389.90 |
| **Equipment - Animal lift table with scale - Book value $3964.00** | $0.00 | $396.40 |
| **Equipment - Afab Lab C Building Case Work - Book value $45000.00** | $0.00 | $4,500.00 |
| **Equipment - Afab Lab Lab build second installment - Book value $51999.05** | $0.00 | $5,199.91 |
| **Equipment - Automated humidity & temp monitoring - Book value $11476.15** | $0.00 | $1,147.62 |
| **Equipment - Afab Lab (2) Thermo BSC unit with stand - Book value $10600.00** | $0.00 | $1,060.00 |
| **Equipment - Afab Lab Lab build second installment - Book value $30000.00** | $0.00 | $3,000.00 |
| **Equipment - Qiagen Equipment Purchase dPCR - Book value $101123.50** | $0.00 | $27,483.51 |
| **Equipment - Afab Lab ESCO Class II BSC Unit 4240 - Book value $4240.00** | $0.00 | $424.00 |

Debtor   **Noble Life Sciences, Inc.**
_____   Case number *(If known)* _____
Name

| Equipment - Atlantic Blue - rework water treatment plant - Book value $7299.93 | $0.00 | | $729.99 |
|---|---|---|---|
| **Equipment - Monnit Corp. - Book value $1986.42** | $0.00 | | $198.64 |
| **Equipment - Affinia Digital Standard Sterotaxic - Book value $13656.75** | $0.00 | | $3,414.12 |
| **Equipment - Qiagen Installed and training - Book value $8810.53** | $0.00 | | $881.05 |
| **Equipment - Fisher Scientific Incubator - Book value $32520.22** | $0.00 | | $8,130.05 |
| **Equipment - Kent Scientific Anesthesia - Book value $30068.00** | $0.00 | | $7,517.00 |
| **Equipment - TSX-86 Freezer - Book value $10600.00** | $0.00 | | $2,650.00 |
| **Equipment - Large Capacity Animal Scale - Book value $3706.30** | $0.00 | | $370.63 |
| **Equipment - Smart Well Incubator Mesa Labs - Book value $2880.15** | $0.00 | | $288.02 |
| **Equipment - BSC AFAB - Book value $5300.00** | $0.00 | | $530.00 |
| **Equipment - BSC AFAB - Book value $5250.00** | $0.00 | | $525.00 |
| **Equipment - Pipettors Integra - Book value $3362.91** | $0.00 | | $336.29 |
| **Equipment - Block Sci Abbott i-STAT blood analyzer - Book value $5015.10** | $0.00 | | $501.51 |
| **Equipment - Avidity Portable reader - Book value $3294.06** | $0.00 | | $329.41 |
| **Equipment - Freezer AFAB - Book value $7163.00** | $0.00 | | $716.30 |
| **Equipment - The Scale People - 2 scales rat and mouse - Book value $9337.45** | $0.00 | | $933.75 |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| **Equipment - Labex Rat metabolic rack - Book value $5595.00** | $0.00 | $559.50 |
| **Equipment - Innovive used rat rack - Book value $7888.80** | $0.00 | $788.88 |
| **Equipment - Avante Health defibrilator - Book value $2846.00** | $0.00 | $284.60 |
| **Equipment - Ebay Microscope - Book value $2161.37** | $0.00 | $216.14 |

51.    **Total of Part 8.**                                                                    | $212,678.18 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ☑ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor  **Noble Life Sciences, Inc.**
Name

Case number *(If known)* _____

---

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $5,065.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,821.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $243,470.03 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,422.65 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $212,678.18 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $488,456.90 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92        $488,456.90

---

**Fill in this information to identify the case:**

Debtor name    **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | Do not deduct the value of collateral. | |

### 2.1 APEX Commercial Capital Corp
Creditor's Name

**1 Walnut Grove Drive, Suite 300**
**Horsham, PA 19044**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/31/2023**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**05/31/2023 Equipment**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$55,976.40**    Value of collateral: **Unknown**

### 2.2 APEX Commercial Capital Corp
Creditor's Name

**1 Walnut Grove Drive, Suite 300**
**Horsham, PA 19044**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**05/31/2023 Equipment**

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$0.00**    Value of collateral: **$0.00**

Debtor **Noble Life Sciences, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.3 | **APEX Commercial Capital Corporation**<br>Creditor's Name<br><br>**1 Walnut Grove Drive, Suite 300**<br>**Horsham, PA 19044**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Equipment**<br><br><br>**Describe the lien**<br>**UCC - Equipment**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | **$23,375.37** | **Unknown** |
|---|---|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.4 | **Corporation Service Co. Representative**<br>Creditor's Name<br><br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**04/21/2025**<br>**Last 4 digits of account number**<br>**7654** | **Describe debtor's property that is subject to a lien**<br>**04/21/2025 Secured Party has purchased certain "Future Receipts" from Debtor.**<br><br>**Describe the lien**<br>**Agreement,UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | **Unknown** | **Unknown** |
|---|---|---|---|

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |

---

| 2.5 | **CORPORATION SERVICE COMPANY, AS** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Debtor    **Noble Life Sciences, Inc.**      Case number (if known) _____

Name

Creditor's Name

**Representative Ref. Non
3104 07654
P.O. Box 2576
Springfield, IL 62708**

Creditor's mailing address

**0/25/2025 ALL ACCOUNTS RECEIVABLE,
HEREAFTER ACQUIRED ..**

**Describe the lien
Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3386**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Fulton Bank, N.A.** | | $3,063,611.34 | $243,470.03 |

Creditor's Name

**One Penn Square
Lancaster, PA 17602**

Creditor's mailing address

**Describe debtor's property that is subject to a lien
11/02/2021 All Accounts, Inventory,
Equipment, Instruments, Chattel Paper and
General Intangibless**

**Describe the lien
Judgment Lien and UCC**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
11/02/2021**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **Fulton Bank, N.A.** | | $64,489.65 | Unknown |

Creditor's Name

**9151 Baltimore National
Pike
Ellicott City, MD 21042**

Creditor's mailing address

**Describe debtor's property that is subject to a lien
05/11/2023
Equipment**

**Describe the lien
Judgment**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred
05/11/2023**

**Last 4 digits of account number**

---

Debtor    **Noble Life Sciences, Inc.**                                          Case number (if known) _____
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.8 | **Fulton Bank, N.A.** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**9151 Baltimore National Pike**
**Ellicott City, MD 21042**
Creditor's mailing address

**09/08/2020 All assets**

_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/08/2020**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Mitsubishi HC Capital America, Inc.** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**04/21/2025 All assets rights to and interest in the Equipment, together with all proceeds, attachments, accessories, parts, additions and any substitutions thereto, under Equipment Finance Agreement No. 6086200-001**

**7201 Metro Boulevard**
**Minneapolis, MN 55439**
Creditor's mailing address

**UCC filed 03/30/2025**
_____

**Describe the lien**
**Agreement,UCC**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/21/2025**
Last 4 digits of account number

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.10 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | **$45,039.00** | **$41,724.62** |
|---|---|---|---|---|

Debtor **Noble Life Sciences, Inc.**
Name

Case number (if known) _____

---

Creditor's Name

**P.O. Box 790448**
**Saint Louis, MO 63179**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**02/06/2023**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**05/20/21 All Assets**

**Describe the lien**
**Judgment Lien and UCC**
**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,252,491.76** |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **BETA CAT PHARMACEUTICALS, LLC**<br>**1500 Fannie Dorsey Road**<br>**Sykesville, MD 21784** | Line _2.5_ | |
| **CSC**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.4_ | **7654** |
| **CSC**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.5_ | **7654** |
| **Hitachi Capital America Corp.**<br>**7808 Creekrige Circle, Suite 250**<br>**Minneapolis, MN 55439** | Line _2.9_ | |
| **INNOFORCE U.S. INC.**<br>**1500 Fannie Dorsey Road**<br>**Sykesville, MD 21784** | Line _2.5_ | |
| **INTERNATIONAL GENETICS ASSOC**<br>**1500 Fannie Dorsey Road**<br>**Sykesville, MD 21784** | Line _2.5_ | |
| **Kenneth Charles Carter**<br>**1500 Fannie Dorsey Road**<br>**Sykesville, MD 21784** | Line _2.5_ | |

---

Debtor   **Noble Life Sciences, Inc.**                                    Case number (*if known*) _____
_____
Name

**Michael D. Nord, Esquire**                                    Line  **2.6**
**Gebhardt & Smith**
**One South Street**
**Baltimore, MD 21202**

**Fill in this information to identify the case:**

Debtor name    **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address **Commissioners of Carroll County Collection Office 225 N. Center Street Port Royal, VA 22535-4300** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $22,535.43 | $22,535.43 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address **Comptroller of Maryland - Baltimore 301 West Preston Street, Suite 409 Baltimore, MD 21201** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) |  |  |  |

Debtor    **Noble Life Sciences, Inc.**                                    Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures Section**
**P.O. Box 1076**
**Baltimore, MD 21203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

   **3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,066.00** |
|---|---|---|---|

**Accelevir Diagnostics**
**701 East Pratt Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,699.98** |
|---|---|---|---|

**Adobe Creative Cloud**
**29322 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$686.71** |
|---|---|---|---|

**ADT Security Services, Inc.**
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168,679.00** |
|---|---|---|---|

**Alexandra Whitaker**
**205 Evans Street**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Internet and marketing consulting service**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**American College of Toxicology**
**11190 Sunrise Valley Drive, Ste. 300**
**Reston, VA 20191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Noble Life Sciences, Inc.**                                    Case number *(if known)* _____
         Name

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $135,369.08 |

**American Express**
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Credit Card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,352.93 |

**American Express**
P.O. Box 1270
Newark, NJ 07101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,779.83 |

**Animal Specialties & Provisions**
600 Commerce Drive
Quakertown, PA 18951

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,230.00 |

**Antech Diagnostics GLP**
P.O. Box 842964
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,166.08 |

**Antech Diagnostics GLP**
P.O. Box 842964
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,629.76 |

**APEX Capital**
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |

**Archer Farms, Inc**
P.O. Box 322
Darlington, MD 21034

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Noble Life Sciences, Inc.**                                Case number *(if known)* _____

Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,743.00 |
|---|---|---|---|

**Avidity Science, LLC**
**819 Bakke Avenue**
**Waterford, WI 53185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,500.00 |
|---|---|---|---|

**BioIT Solutions, Inc.**
**13501 Rippling Brook Drive**
**Silver Spring, MD 20906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,729.80 |
|---|---|---|---|

**Biomedical Waste Services, Inc.**
**7610 Energy Parkway**
**Curtis Bay, MD 21226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,380.00 |
|---|---|---|---|

**Bloom Valley Farms, Inc.**
**384 Bucher John Road**
**Union Bridge, MD 21791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,381.00 |
|---|---|---|---|

**Broadview Waste Solutions, Inc**
**7609 Energy Pkwy**
**Suite 1001**
**Baltimore, MD**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,848.00 |
|---|---|---|---|

**C-Arm Associates, LLC**
**6309 Fort Smallwood Road**
**Suite 1**
**Curtis Bay, MD 21226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,487.64 |
|---|---|---|---|

**Charles River Laboratories**
**GPO Box 27812**
**New York, NY 10087-7812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Noble Life Sciences, Inc.**
_____   Case number *(if known)* _____
Name

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,416.54** |
|---|---|---|---|

**Constellation Energy**
P.O. Box 4911
Houston, TX 77210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,520.00** |
|---|---|---|---|

**Diversified Laboratory Repair, Inc.**
7977 Cessna Avenue
Gaithersburg, MD 20879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112,141.50** |
|---|---|---|---|

**EBF Holdings LLC**
d/b/a Everest Business Funding
102 W. 38th Street
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Merchant Cash Loan

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,552.72** |
|---|---|---|---|

**Edwin Gershom**
312-10177 River Drive
Richmond British Columbia V6X-0S2
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,550.00** |
|---|---|---|---|

**Employee Services, LLC**
L-4412 GW2W10
7 Easton Oval
Columbus, OH 43219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42,065.52** |
|---|---|---|---|

**Envigo RMS**
Inotiv Collections
P.O. Box 8523
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,431.25** |
|---|---|---|---|

**Envigo Teklad**
Inotiv Collections
P.O. Box 8523
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

Debtor **Noble Life Sciences, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,302.08 |

**EPL Pathology Archives, LLC**
**P.O. Box 645841**
**Pittsburgh, PA 15264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,272.25 |

**FedEx**
**P.O. Box 18.63**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,174.97 |

**Fisher Scientific, Inc.**
**P.O. Box 3648**
**Boston, MA 02241-3648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |

**FoxHire**
**P.O. Box 6881**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51,827.26 |

**Fulton Bank**
**P.O. Box 4887**
**Lancaster, PA 17604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _Credit Card_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fulton Bank**
**P.O. Box 4887**
**Lancaster, PA 17604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _Equipment Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,685.20 |

**George Mason University**
**Cashier's Office**
**Mail Stop 2E1**
**4400 University Drive**
**Fairfax, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **Noble Life Sciences, Inc.**
_____   Case number _(if known)_ _____
Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $1,599.00 |
|---|---|---|---|

**HistroServ**
**19526 Amaranth Drive**
**Germantown, MD 20874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $65,952.81 |
|---|---|---|---|

**HSRL Holdings, LLC**
**5930 Main Street**
**Mount Jackson, VA 22842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $180,375.00 |
|---|---|---|---|

**Hunter Caroline Holdings**
**333 Pearsall Ave.**
**Cedarhurst, NY 11516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Merchant cash loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $28,032.36 |
|---|---|---|---|

**InfoPathways, Inc.**
**25 Liberty Street**
**Westminster, MD 21157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **IT Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $52,269.00 |
|---|---|---|---|

**Instem LSS Limited**
**161 Washington Street**
**Suite 1550**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $2,718.36 |
|---|---|---|---|

**Integrated DNA Technologies**
**P.O. Box 74007330**
**Chicago, IL 60674-7330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $5,326.18 |
|---|---|---|---|

**J.W. Cullop, Inc.**
**7404 Woodville Road**
**Mount Airy, MD 21771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Critical Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Noble Life Sciences, Inc.**      Case number *(if known)* _____

    Name

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$122,538.00**

**Jaffe Capital**
**99 Wall Street, No. 1540**
**Narrowsburg, NY 12764-4000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** <u>Merchant Cash Loan</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,338.13**

**Landauer, Inc.**
**P.O. Box 809051**
**Chicago, IL 60680-9051**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,161.37**

**Life Technologies Corporation**
**12088 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,377.23**

**Linde Gas & Equipment, Inc.**
**P.O. Box 382000**
**Pittsburgh, PA 15250-8000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00**

**Maryland Department of Health**
**Accounts Receivable**
**201 W. Preston Street**
**ATTN:  Trisha Walters**
**Baltimore, MD 21201-2398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,338.42**

**McKesson Medical Surgical**
**P.O. Box 634404**
**Cincinnati, OH 45274-0215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,682.39**

**Oak Hill Genetics, LLC**
**21434 Oak Hill Road**
**Ewing, IL 62836**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Noble Life Sciences, Inc.**                                      Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.48  **Nonpriority creditor's name and mailing address**<br>**PandaDoc**<br>**3439 Balboa Street**<br>**San Francisco, CA 94121**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.     $1,934.25<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.49  **Nonpriority creditor's name and mailing address**<br>**Penn Veterinary Supply**<br>**P.O. Box 646016**<br>**Pittsburgh, PA 15264-6016**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.     $5,058.04<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.50  **Nonpriority creditor's name and mailing address**<br>**Pharmascience, Inc.**<br>**6111 Royalmount**<br>**Suite 100**<br>**Montreal QC H4P 2T4, Canada**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.     $9,398.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.51  **Nonpriority creditor's name and mailing address**<br>**PointCross Life Sciences, Inc.**<br>**1291 East Hilldale Blvd.**<br>**Suite 304**<br>**San Mateo, CA 94404**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.     $16,100.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.52  **Nonpriority creditor's name and mailing address**<br>**Qiagen, LLC**<br>**P.O. Box 5132**<br>**Carol Stream, IL 60197**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.     $4,060.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.53  **Nonpriority creditor's name and mailing address**<br>**Quality Business Solutions**<br>**P.O. Box 42668**<br>**Baltimore, MD 21284-2668**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.     $1,402.46<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| 3.54  **Nonpriority creditor's name and mailing address**<br>**Renee Pearson Consulting**<br>**2973 Southeast Summerfield Drive**<br>**Corvallis, OR 97333**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.     $2,400.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(if known)*  _____
              Name

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,649.46** |
|---|---|---|---|

**Revvity Health Sciences, Inc.**
**13633 Collections Center Drive**
**Chicago, IL 60693-0136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,251.54** |
|---|---|---|---|

**SAI Infusion Technologies**
**278 Park Ave**
**Lake Villa, IL 60046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,600.00** |
|---|---|---|---|

**Salary.com**
**610 Lincoln Street**
**North Building**
**Suite 200**
**Waltham, MA 02451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,872.00** |
|---|---|---|---|

**SAS Institute, Inc.**
**P.O. Box 406922**
**Atlanta, GA 30384-6922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145,223.57** |
|---|---|---|---|

**Shaw Property Management**
**258 Longpoint Road**
**Crownsville, MD 21032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Rent past due

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,741.02** |
|---|---|---|---|

**Sigma Aldrich, Inc.**
**P.O. Box 734283**
**Chicago, IL 60673-4283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,028.56** |
|---|---|---|---|

**Staples**
**P.O. Box 105748**
**Atlanta, GA 30348-5748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Noble Life Sciences, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Steve Shipley**
**2090 Pineola Bog Trial**
**Apex, NC 27502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,095.45** |
|---|---|---|---|

**Technical Safety Services, LLC**
**Dept. CH 17717**
**Palatine, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,714.03** |
|---|---|---|---|

**Tektronix, Inc.**
**7416 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,221.81** |
|---|---|---|---|

**Tevis Energy, Inc.**
**82 John Street**
**P.O. Box 26**
**Westminster, MD 21158-0026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$68,768.92** |
|---|---|---|---|

**The Jackson Laboratory**
**90260 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Animals__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,526.82** |
|---|---|---|---|

**The Scale People, Inc.**
**9693-C Gerwig Lane**
**Columbia, MD 21046-2849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,536.82** |
|---|---|---|---|

**Uline Shipping Supply**
**Accounts Receivable**
**P.O. Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Noble Life Sciences, Inc.**                                   Case number *(if known)* _____
_____
Name

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,656.00** |
|---|---|---|---|

**US Bank Equipment Finance**
**P.O. Box 790448**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,283.42** |
|---|---|---|---|

**VRL**
**P.O. Box 40100**
**San Antonio, TX 78229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,104.32** |
|---|---|---|---|

**VWR International**
**P.O. Box 640169**
**Pittsburgh, PA 15264-0169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,804.00** |
|---|---|---|---|

**Wakefield Farm, LLC**
**159 Ruth Shriver Road**
**Westminster, MD 21158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Critical Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,975.00** |
|---|---|---|---|

**Water Testing Labs of Maryland, Inc.**
**P.O. Box 712**
**1000 Butterworth Court**
**Stevensville, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**Workforce Genetics, LLC**
**101 W. Dickman Street, Ste. 1000**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,959.42** |
|---|---|---|---|

**World Courier, Inc.**
**P.O. Box 842325**
**Boston, MA 02284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Noble Life Sciences, Inc.**                                   Case number (if known) _____
          Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,993.11 |

**Zymo Research Corporation**
**17062 Murphy Avenue**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim: _**

**Last 4 digits of account number _**

Is the claim subject to offset?  ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alain Cappeluti**<br>**33 NE 21st Ave. No. 204**<br>**Palm Beach Gardens, FL 33410** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Stephen Horrigan**<br>**902 N. Market Street**<br>**Annapolis Junction, MD 20701** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 22,535.43 |
| 5b. Total claims from Part 2 | 5b.  + | $ | 1,885,484.37 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,908,019.80 |

**Fill in this information to identify the case:**

Debtor name **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Copier Lease** | |
| State the term remaining | **Quality Business Solutions**  **P.O. Box 42668**  **Towson, MD 21204** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Facility Rent** | |
| State the term remaining | **Shaw Property Management**  **258 Longpoint Road**  **Crownsville, MD 21032** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Alain Cappeluti** | **333 NE 21st Ave. No. 204**<br>**Deerfield Beach, FL 33341**<br>**This is disputed.** | **American Express** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.2 | **Alain Cappeluti** | **333 NE 21st Ave. No. 204**<br>**Deerfield Beach, FL 33341** | **Jaffe Capital** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.3 | **Kenneth Carter** | **10316 Caqvanaugh Court**<br>**Rockville, MD 20850** | **EBF Holdings LLC** | ☐ D _____<br>■ E/F __3.22__<br>☐ G _____ |
| 2.4 | **Kenneth Carter** | **10316 Caqvanaugh Court**<br>**Rockville, MD 20850** | **Jaffe Capital** | ☐ D _____<br>■ E/F __3.41__<br>☐ G _____ |
| 2.5 | **Ramesh B. Potla** | **5042 Gaithers Chance Drive**<br>**Clarksville, MD 21029** | **Fulton Bank, N.A.** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Noble Life Sciences, Inc.**                                  Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Srujana Cherukuri<br>5042 Gaithers Chance Drive<br>Clarksville, MD 21029 | Fulton Bank, N.A. | ■ D  __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Srujana Cherukuri<br>5042 Gaithers Chance Drive<br>Clarksville, MD 21029 | American Express | ☐ D ____<br>■ E/F __3.6__<br>☐ G ____ |
| 2.8 | Srujana Cherukuri<br>5042 Gaithers Chance Drive<br>Clarksville, MD 21029 | EBF Holdings LLC | ☐ D ____<br>■ E/F __3.22__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name **Noble Life Sciences, Inc.**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$6,386,000.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **To be provided after the bankruptcy is filed** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

Debtor    **Noble Life Sciences, Inc.**                                   Case number *(if known)*

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fulton Bank v. Noble Life Sciences, Inc. et al.** C-06-CV-25-000187 | **Bank loan Michael D. Nord, Esquire Gebhardt & Smith One South Street, Suite 2200 Baltimore, MD 21202-3281** | **Circuit Court for Carroll County 55 N. Court Street Westminster, MD 21157** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(if known)*

---

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | **Pre and Post Bankruptcy monies as disclosed to the Bankrutcy Court:**<br>**05/23/25 Bill        $10,309.50**<br>**05/27/25 Payment    $20,000.00**<br>**06/14/25 Bill        $12,418.90**<br>**06/16/25 Payment    $9,609.50**<br>**06/22/25 Bill        $7,665.90**<br>**06/22/25 Payment    $7,665.90** | **Some monies were place in the Firm's escrow account.** | |
| | **Scarlett & Croll, P.A.**<br>**306 W. Chesapeake Ave.**<br>**Towson, MD 21204** | | | **Unknown** |
| | Email or website address<br>**www.scarlettcroll.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Noble Life Sciences, Inc.**                                   Case number *(if known)*

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Noble 401K Plan** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    **Noble Life Sciences, Inc.**                                Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(if known)*

---

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Alain Cappeluti** | |
| 26a.2.  **Artemis Wenemmia** | |
| 26a.3.  **Shaun Maidens** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Fulton Bank, N.A.**<br>**One Penn Square**<br>**Lancaster, PA 17602** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Fulton Bank, N.A.**<br>**One Penn Square**<br>**Lancaster, PA 17602** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Noble Life Sciences, Inc.**                              Case number *(if known)*

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Alain Cappeluti | 333 NE 21st Ave No. 204<br>Deerfield Beach, FL 33441 | Board Member and President<br>1,265,499 Shares | 11.6 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Kenneth Carter | 10316 Cavanaugh Court<br>Rockville, MD 20850 | Board Member 2,031,100<br>shares | 18.6 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Stephen Horrigan | 902 N. Market Street<br>Annapolis Junction, MD 20701 | Board Member  1,728,200<br>shares | 15.8 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Srujana Cherukuri | 5042 Gaithers Chance Drive<br>Clarksville, MD 21029 | Board Member, Owner<br>3,924,500 shares | 35.9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Alain Cappeluti IRA | 333 NE 21st Ave, No. 204<br>Deerfield Beach, FL 33441 | Owner 350,000 shares | 3.2 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Jeffrey Stovel | 8580 Light Moon Way<br>Laurel, MD 20723 | Owner 890,000 shares | 8.1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Sharon MacCracken | 1102 Putman Road<br>Thurmont, MD 21788 | Owner 5,000 shares | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Artemis Vendemmia | 414 Sherman Ave.<br>Frederick, MD 21701 | Owner 1500,000 shares | 1.4 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Academy of St. Ceciia<br>Youth Orchestra | 9700 New Church Street<br>Damascus, MD 20872 | Owner - 1,000 shares | .9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Nathan Cappeluti | 5895 Cabbage String Road<br>Mount Airy, MD 21771 | Owner - 100,000 shares | .9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Colin Cappeluti | 19813 Sedgwick Way<br>Poolsville, MD 20873 | Owner - 100,000 shares | .9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Lindsay Strang | 8618 Raspberry Drive<br>Longmont, CO 80504 | Owner - 100,000 shares | .9 |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Ryan Ford | 12753 Pamplona Drive Wake Forest, NC 27587 | Owner - 100,000 Shares | .9 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Darrell Groves | 14717 Harrisonville Road Mount Airy, MD 21771 | Owner - 100,000 shares | .9 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | To be provided after the filing of the bankruptcy | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| Noble 401Plan | EIN: |

Debtor    **Noble Life Sciences, Inc.**                                    Case number *(if known)*

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 22, 2025**

**/s/ Alain Cappeluti**                                **Alain Cappeluti**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re   **Noble Life Sciences, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Academy of St. Ceciiia**<br>**9700 New Church Street**<br>**Damascus, MD 20872** | **General** | **1000** | **Shareholder - .9%** |
| **Alain Cappeluti**<br>**333 NE 21st Ave. No. 204**<br>**Deerfield Beach, FL 33441** | **General** | **1265499** | **Shareholders - 11.6%** |
| **Alain Cappeluti IRA**<br>**333 NE 21st Ave, No. 204**<br>**Deerfield Beach, FL 33441** | **General** | **350000** | **Shareholder - 3.2%** |
| **Artemis Vendemmia**<br>**414 Sherman Ave.**<br>**MD 21700-1000** | **General** | **1500000** | **Shareholder - 1.4%** |
| **Colin Cappeluti**<br>**19813 Sedgwick Way**<br>**Poolsville, MD 20873** | **General** | **100000** | **Shareholder - .09%** |
| **Darrell Groves**<br>**14717 Harrisonville Road**<br>**Mount Airy, MD 21171** | **General** | **100000** | **Shareholder - .9%** |
| **Jeffrey Stovel**<br>**8580 Light Moon Way**<br>**Laurel, MD 20723** | **General** | **890000** | **Shareholder - 8.1%** |
| **Kenneth Carter**<br>**10316 Caqvanaugh Court**<br>**Rockville, MD 20850** | **General** | **20311000** | **Shareholder - 18.6%** |
| **Lindsay Strang**<br>**8618 Rasoberry Drive**<br>**Longmont, CO 80504** | **General** | **100000** | **Shareholder - .09%** |
| **Nathan Cappeluti**<br>**5895 Cabbage String Road**<br>**Mount Airy, MD 21771** | **General** | **100000** | **Shareholder - .9%** |
| **Ryan Fod**<br>**12753 Pamplona Drive**<br>**Wake Forest, NC 27587** | **General** | **100000** | **Shareholder - .9%** |

Sheet 1 of 2 in List of Equity Security Holders

In re:   **Noble Life Sciences, Inc.** _____    Case No. _____
                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sharon MacCracken**<br>**1102 Putman Road**<br>**Thurmont, MD 21788** | **General** | **5000** | **Shareholder - 0%** |
| **Srujana Cherukuri**<br>**5042 Gaithers Chance Drive**<br>**Clarksville, MD 21029** | **General** | **2924500** | **Shareholder - 35.9%** |
| **Stephen Horrigan**<br>**902 N. Market Street**<br>**Annapolis Junction, MD 20701** | **General** | **1728200** | **Shareholder 15.8%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **June 22, 2025** _____    Signature   **/s/ Alain Cappeluti** _____
                                                              **Alain Cappeluti**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

# United States Bankruptcy Court
## District of Maryland

In re   **Noble Life Sciences, Inc.**

                                            Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 22, 2025**

**/s/ Alain Cappeluti**

**Alain Cappeluti/President**
Signer/Title

Accelevir Diagnostics
701 East Pratt Street
Baltimore, MD 21202


Adobe Creative Cloud
29322 Network Place
Chicago, IL 60673


ADT Security Services, Inc.
P.O. Box 371878
Pittsburgh, PA 15250-7878


Alain Cappeluti
33 NE 21st Ave. No. 204
Palm Beach Gardens, FL 33410


Alain Cappeluti
333 NE 21st Ave. No. 204
Deerfield Beach, FL 33341


Alexandra Whitaker
205 Evans Street
Rockville, MD 20850


American College of Toxicology
11190 Sunrise Valley Drive, Ste. 300
Reston, VA 20191


American Express
P.O. Box 1270
Newark, NJ 07101


Animal Specialties & Provisions
600 Commerce Drive
Quakertown, PA 18951

Antech Diagnostics GLP
P.O. Box 842964
Dallas, TX 75284


APEX Capital
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044


APEX Commercial Capital Corp
1 Walnut Grove Drive, Suite 300
Horsham, PA 19044


APEX Commercial Capital Corporation
1 Walnut Grove Drive, Suite 300
Horsham, PA 19044


Archer Farms, Inc
P.O. Box 322
Darlington, MD 21034


Avidity Science, LLC
819 Bakke Avenue
Waterford, WI 53185


BETA CAT PHARMACEUTICALS, LLC
1500 Fannie Dorsey Road
Sykesville, MD 21784


BioIT Solutions, Inc.
13501 Rippling Brook Drive
Silver Spring, MD 20906


Biomedical Waste Services, Inc.
7610 Energy Parkway
Curtis Bay, MD 21226

Bloom Valley Farms, Inc.
384 Bucher John Road
Union Bridge, MD 21791


Broadview Waste Solutions, Inc
7609 Energy Pkwy
Suite 1001
Baltimore, MD


C-Arm Associates, LLC
6309 Fort Smallwood Road
Suite 1
Curtis Bay, MD 21226


Charles River Laboratories
GPO Box 27812
New York, NY 10087-7812


Commissioners of Carroll County
Collection Office
225 N. Center Street
Port Royal, VA 22535-4300


Comptroller of Maryland - Baltimore
301 West Preston Street, Suite 409
Baltimore, MD 21201


Constellation Energy
P.O. Box 4911
Houston, TX 77210


Corporation Service Co. Representative
P.O. Box 2576
Springfield, IL 62708


CORPORATION SERVICE COMPANY, AS
Representative Ref. Non 3104 07654
P.O. Box 2576
Springfield, IL 62708

```
CSC
801 Adiai Stevenson Drive
Springfield, IL 62703


CSC
801 Adlai Stevenson Drive
Springfield, IL 62703


Diversified Laboratory Repair, Inc.
7977 Cessna Avenue
Gaithersburg, MD 20879


EBF Holdings LLC
d/b/a Everest Business Funding
102 W. 38th Street
New York, NY 10018


Edwin Gershom
312-10177 River Drive
Richmond British Columbia V6X-0S2
Canada


Employee Services, LLC
L-4412 GW2W10
7 Easton Oval
Columbus, OH 43219


Envigo RMS
Inotiv Collections
P.O. Box 8523
Carol Stream, IL 60197


Envigo Teklad
Inotiv Collections
P.O. Box 8523
Carol Stream, IL 60197
```

EPL Pathology Archives, LLC
P.O. Box 645841
Pittsburgh, PA 15264


FedEx
P.O. Box 18.63
Pittsburgh, PA 15250


Fisher Scientific, Inc.
P.O. Box 3648
Boston, MA 02241-3648


FoxHire
P.O. Box 6881
Carol Stream, IL 60197


Fulton Bank
P.O. Box 4887
Lancaster, PA 17604


Fulton Bank, N.A.
One Penn Square
Lancaster, PA 17602


Fulton Bank, N.A.
9151 Baltimore National Pike
Ellicott City, MD 21042


George Mason University
Cashier's Office
Mail Stop 2E1
4400 University Drive
Fairfax, VA 22030


HistroServ
19526 Amaranth Drive
Germantown, MD 20874

Hitachi Capital America Corp.
7808 Creekrige Circle, Suite 250
Minneapolis, MN 55439


HSRL Holdings, LLC
5930 Main Street
Mount Jackson, VA 22842


Hunter Caroline Holdings
333 Pearsall Ave.
Cedarhurst, NY 11516


InfoPathways, Inc.
25 Liberty Street
Westminster, MD 21157


INNOFORCE U.S. INC.
1500 Fannie Dorsey Road
Sykesville, MD 21784


Instem LSS Limited
161 Washington Street
Suite 1550
Conshohocken, PA 19428


Integrated DNA Technologies
P.O. Box 74007330
Chicago, IL 60674-7330


Internal Revenue Service
Special Procedures Section
P.O. Box 1076
Baltimore, MD 21203


INTERNATIONAL GENETICS ASSOC
1500 Fannie Dorsey Road
Sykesville, MD 21784

J.W. Cullop, Inc.
7404 Woodville Road
Mount Airy, MD 21771


Jaffe Capital
99 Wall Street, No. 1540
Narrowsburg, NY 12764-4000


Kenneth Carter
10316 Caqvanaugh Court
Rockville, MD 20850


Kenneth Charles Carter
1500 Fannie Dorsey Road
Sykesville, MD 21784


Landauer, Inc.
P.O. Box 809051
Chicago, IL 60680-9051


Life Technologies Corporation
12088 Collection Center Drive
Chicago, IL 60693


Linde Gas & Equipment, Inc.
P.O. Box 382000
Pittsburgh, PA 15250-8000


Maryland Department of Health
Accounts Receivable
201 W. Preston Street
ATTN: Trisha Walters
Baltimore, MD 21201-2398


McKesson Medical Surgical
P.O. Box 634404
Cincinnati, OH 45274-0215

Michael D. Nord, Esquire
Gebhardt & Smith
One South Street
Baltimore, MD 21202


Mitsubishi HC Capital America, Inc.
7201 Metro Boulevard
Minneapolis, MN 55439


Oak Hill Genetics, LLC
21434 Oak Hill Road
Ewing, IL 62836


PandaDoc
3439 Balboa Street
San Francisco, CA 94121


Penn Veterinary Supply
P.O. Box 646016
Pittsburgh, PA 15264-6016


Pharmascience, Inc.
6111 Royalmount
Suite 100
Montreal QC H4P 2T4, Canada


PointCross Life Sciences, Inc.
1291 East Hilldale Blvd.
Suite 304
San Mateo, CA 94404


Qiagen, LLC
P.O. Box 5132
Carol Stream, IL 60197


Quality Business Solutions
P.O. Box 42668
Baltimore, MD 21284-2668

Quality Business Solutions
P.O. Box 42668
Towson, MD 21204


Ramesh B. Potla
5042 Gaithers Chance Drive
Clarksville, MD 21029


Renee Pearson Consulting
2973 Southeast Summerfield Drive
Corvallis, OR 97333


Revvity Health Sciences, Inc.
13633 Collections Center Drive
Chicago, IL 60693-0136


SAI Infusion Technologies
278 Park Ave
Lake Villa, IL 60046


Salary.com
610 Lincoln Street
North Building
Suite 200
Waltham, MA 02451


SAS Institute, Inc.
P.O. Box 406922
Atlanta, GA 30384-6922


Shaw Property Management
258 Longpoint Road
Crownsville, MD 21032


Sigma Aldrich, Inc.
P.O. Box 734283
Chicago, IL 60673-4283

Srujana Cherukuri
5042 Gaithers Chance Drive
Clarksville, MD 21029


Staples
P.O. Box 105748
Atlanta, GA 30348-5748


Stephen Horrigan
902 N. Market Street
Annapolis Junction, MD 20701


Steve Shipley
2090 Pineola Bog Trial
Apex, NC 27502


Technical Safety Services, LLC
Dept. CH 17717
Palatine, IL 60055


Tektronix, Inc.
7416 Collection Center Drive
Chicago, IL 60693


Tevis Energy, Inc.
82 John Street
P.O. Box 26
Westminster, MD 21158-0026


The Jackson Laboratory
90260 Collection Center Drive
Chicago, IL 60693


The Scale People, Inc.
9693-C Gerwig Lane
Columbia, MD 21046-2849

Uline Shipping Supply
Accounts Receivable
P.O. Box 88741
Chicago, IL 60680-1741


US Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179


VRL
P.O. Box 40100
San Antonio, TX 78229


VWR International
P.O. Box 640169
Pittsburgh, PA 15264-0169


Wakefield Farm, LLC
159 Ruth Shriver Road
Westminster, MD 21158


Water Testing Labs of Maryland, Inc.
P.O. Box 712
1000 Butterworth Court
Stevensville, MD 21666


Workforce Genetics, LLC
101 W. Dickman Street, Ste. 1000
Baltimore, MD 21230


World Courier, Inc.
P.O. Box 842325
Boston, MA 02284


Zymo Research Corporation
17062 Murphy Avenue
Irvine, CA 92614

# United States Bankruptcy Court
### District of Maryland

In re    **Noble Life Sciences, Inc.**                                                      Case No.

Debtor(s)                                                       Chapter        **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Noble Life Sciences, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Alain Cappeluti**
**333 NE 21st Ave. No. 204**
**Deerfield Beach, FL 33441**

☐ None [*Check if applicable*]

**June 22, 2025**                                      **/s/ Robert B. Scarlett**

Date                                                          **Robert B. Scarlett 01424**

Signature of Attorney or Litigant

Counsel for    **Noble Life Sciences, Inc.**

**Scarlett & Croll, P.A.**
**306 W. Chesapeake Ave.**
**Towson, MD 21204**
**410-468-3100 Fax:410-332-4026**
**rscarlett@scarlettcroll.com**