IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| **NOBLE LIFE SCIENCES, INC.,** | *   Case No. 25-15637 MMH |
| Debtor. | *   (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF CORPORATE RESOLUTION TO FILE FOR BANKRUPTCY AND TO HIRE BANKRUPTCY ATTORNEYS**
**(Cures Deficiency at Doc (5))**

Noble Life Sciences, Inc., Debtor, files as Exhibit 1 this Notice of Corporate Resolution to File for Bankruptcy and to Hire Bankruptcy Attorneys curing the Deficiency Notice it received. (Doc. 5)

Respectfully submitted,

/s/ Robert B. Scarlett
Robert B. Scarlett
Federal Bar No. 01424

SCARLETT & CROLL, P.A.
306 W. Chesapeake Ave.
Towson, MD  21204
(410) 468-3100
RScarlett@ScarlettCroll.com

*Attorneys for Debtor*

{00277767.DOCX.1}

## Certificate of Service

**I HEREBY CERTIFY** that on this 7th of July, 2025, I caused a copy of the foregoing to be mailed by first class mail or electronically delivered pursuant to CM/ECF:

- **Steven L. Goldberg**   sgoldberg@mhlawyers.com, sgoldberg@ecf.inforuptcy.com;Goldberg.SteveR92003@notify.bestcase.com;cmartin@mhlawyers.com
- **Shanna Kaminski**   skaminski@kaminskilawpllc.com
- **Beverly Weiss Manne**   bmanne@tuckerlaw.com, agilbert@tuckerlaw.com
- **Michael David Nord**   mnord@gebsmith.com
- **Elizabeth Drayden Peters**   epeters@gebsmith.com
- **Robert B. Scarlett**   RScarlett@ScarlettCroll.com, krynarzewski@scarlettcroll.com;scarlettrr64434@notify.bestcase.com
- **Omnia Shedid**   omnia.a.shedid@usdoj.gov
- **US Trustee - Baltimore**   USTPRegion04.BA.ECF@USDOJ.GOV

**Manual Notice List**

None

/s/ Robert B. Scarlett
Robert B. Scarlett

{00277767.DOCX.1}