**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| ***In re:*** | * | |
| **NOBLE LIFE SCIENCES, INC.,** | * | **Case No. 25-15637 MHH** |
| **Debtor.** | * | **(Chapter 11)** |
| * * * * * * | * | |
| **NOBLE LIFE SCIENCES, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Adv. No. 25-00438 MHH** |
| **HUNTER CAROLINE HOLDINGS,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**NOTICE OF DEBTOR'S MOTION TO APPROVE COMPROMISE AND**
**<u>SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019</u>**
**(HUNTER CAROLINE HOLDINGS)**

NOTICE IS HEREBY GIVEN, that the law firm of Scarlett & Croll, P.A. has submitted a Motion to Approve Compromise and Settlement Pursuant to Bankruptcy Rule 9019 with Hunter Caroline Holdings (the "Motion"). The parties have agreed to settle the claim of Hunter Caroline Holdings pursuant to the terms of the Motion as approved by the Bankruptcy Court on August 17, 2026, subject to this Notice.

A copy of the Motion has been filed with the United States Bankruptcy Court for the District of Maryland and may be reviewed by any creditor or party-in-interest. The Court files relating to these proceedings are located in the Offices of the Clerk of the United States Bankruptcy Court, 101 West Lombard Street, Baltimore, MD 21204. The files may be reviewed from Monday through Friday, excluding Court holidays, between 8:45 A.M. and 4:00 P.M. In addition, the Motion may be accessed through the Bankruptcy Court's PACER/EMF website (https://ecf.mdb.uscourts.gov). Further information may also be obtained from the undersigned, including information regarding the subject of this Notice.

Any creditor or interested party wishing to object to an order from the Court to the proposed settlement shall file an objection with the Clerk, United States Bankruptcy Court, 101 West

Lombard Street, Baltimore, MD 21201 by twenty-one (21) days from the date of this Notice. A copy of the objection should be mailed or delivered to:

Robert B. Scarlett, Esquire
Scarlett & Croll, P.A.
306 W. Chesapeake Ave.
Towson, MD 21204

U.S. Trustee's Office
101 West Lombard Street, Suite 2625
Baltimore, MD 21201

All objections must set forth, with specificity, the factual and legal grounds upon which they are based. The Court may approve the Motion without further order or notice if no timely objection is filed. If one or more objections are filed, the Court, in its discretion, may conduct a hearing on the Motion or may make a determination with respect to the Motion without a hearing.

All persons and entities receiving notice hereof will be bound by the decision of the Court with respect to the determination on the Motion for Approval to Settle Claim pursuant to Bankruptcy Rule 9019.

Dated: August 31, 2026

/s/ Robert B. Scarlett
Robert B. Scarlett
Federal Bar No. 01424

SCARLETT & CROLL, P.A.
306 W. Chesapeake Ave.
Towson, MD 21204
(410) 468-3100
RScarlett@ScarlettCroll.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| ***In re:*** | * | |
| **NOBLE LIFE SCIENCES, INC.,** | * | **Case No. 25-15637 MHH** |
| **Debtor.** | * | **(Chapter 11)** |
| * * * * * * | * | |
| **NOBLE LIFE SCIENCES, INC.,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Adv. No. 25-00438 MHH** |
| **HUNTER CAROLINE HOLDINGS,** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**CERTIFICATE OF MAILING**
**OF**
**NOTICE OF DEBTOR'S MOTION TO APPROVE COMPROMISE AND**
**SETTLEMENT PURSUANT TO BANKRUPTCY RULE 9019**
**(HUNTER CAROLINE HOLDINGS)**

**I HEREBY CERTIFY** that on this 31rd day of August, 2026, a copy of the Notice of Debtor's Motion to Approve Compromise and Settlement was mailed by first class mail, postage prepaid, or electronically delivered pursuant to CM/ECF by ECF Guidelines, pursuant to Local Bankruptcy Rule 9013-4, Federal Bankruptcy Rules 5005(a)(2) and 7005, to:

- **Hugh M. (UST) Bernstein** hugh.m.bernstein@usdoj.gov
- **Shanna Kaminski** skaminski@kaminskilawpllc.com
- **Beverly Weiss Manne** bmanne@tuckerlaw.com, agilbert@tuckerlaw.com
- **Janet M. Nesse** jnesse@mhlawyers.com, jfasano@mhlawyers.com;cpalik@mhlawyers.com;jnesse@ecf.inforuptcy.com;tmackey@mhlawyers.com;cmartin@mhlawyers.com;kfeig@mhlawyers.com
- **Michael David Nord** mnord@gebsmith.com
- **Elizabeth Drayden Peters** epeters@gebsmith.com
- **Robert B. Scarlett** RScarlett@ScarlettCroll.com, krynarzewski@scarlettcroll.com;scarlettrr64434@notify.bestcase.com

- **Omnia Shedid** omnia.a.shedid@usdoj.gov
- **US Trustee - Baltimore** USTPRegion04.BA.ECF@USDOJ.GOV

**Notice List by email:**

**Michael I. Creath**
**AFAB Lab Resources, LLC**
**mcreath@afablabresources.com**

**Frank Semon**
**frank.semon@bfsemon.com**

**Manual Notice List by first class mail, postage prepaid:**

**Alan C. Hochheiser**
Maurice Wutscher, LLP
23611 Chagrin Blvd
Suite 207
Beachwood, OH 44122
HUNTER CAROLINE HOLDINGS
c/o Brian Schechter, Esquire
315 Avenue U
Brooklyn, NY 11223

Peter A. Siddiqui, Esquire
Katten Muchin Roseman LLP
525 W. Monroe Street
Chicago, IL 60661

The Debtor's 20 Largest Creditor pursuant to the attached Matrix.

Respectfully submitted,

/s/ Robert B. Scarlett
Robert B. Scarlett
Federal Bar Number 01424

SCARLETT & CROLL, P.A.
306 W. Chesapeake Ave.
Towson, MD 21204

(410) 468-3100
RScarlett@ScarlettCroll.com